## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

ROGER GOMEZ DE LA CRUZ        CASE NO.  6:25-CV-01850 SEC P

VERSUS        JUDGE DAVID C. JOSEPH

DHS, ET AL        MAGISTRATE JUDGE WHITEHURST

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 4], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this PETITION FOR WRIT HABEAS CORPUS [DOC. 1] be DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in chambers this 23rd day of March, 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE